Dynasto Afedo

House # Plot 67 No.1 Addogonno Close

Accra, Greater Accra

+233249463349

thedynasto@gmail.com

**Pro Se Plaintiff**

FILED

FEB 21 2025

CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA
SAN JOSE OFFICE

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**Dynasto Afedo v. Google, LLC**

RE: **REQUEST FOR APPOINTMENT OF PRO BONO COUNSEL IN**

**CASE NO. ..................................** C 25 01884 NC

## MOTION FOR APPOINTMENT OF PRO BONO COUNSEL

**Plaintiff, Dynasto Afedo,** respectfully moves this Court to appoint pro bono counsel to represent me in this matter pursuant to General Order No. 25 of the United States District Court for the Northern District of California. In support of this motion, I state the following:

### 1. Background of the Case:

Since 2023, I have encountered significant issues with Google's new verification process. Despite multiple attempts to verify my account using different phone numbers, I have been unable to

complete the verification process. This has prevented me from updating or republishing my games and launching new projects.

I followed all suggested procedures, including sending emails, observing waiting periods, and providing adequate evidence to support my claims. However, Google failed to resolve these issues effectively. This culminated in notices that my account would be terminated, and my second account was eventually terminated as well.

Verification for my first account was only successful when I used a VPN to simulate a U.S.-based IP address, revealing systemic barriers faced by developers in underrepresented regions like mine. These failures on Google's part have caused significant harm to my livelihood and professional reputation as a game developer.

**2. Inability to Afford Counsel:**

I am currently located in Accra, Greater Accra, Ghana, and appearing in person would cause significant hardship due to several factors.

- I am a father to one child and have a baby due in February. My wife, who is pregnant, and our one-year-old child reside in Wisconsin. The challenges associated with the disparity in foreign exchange rates exhaust my resources, making it financially difficult for me to allocate the necessary funds to hire an attorney while also providing for my family.
- My financial situation is further compounded by the fact that the case I am presenting before the Court has put a pause on my source of livelihood until the case is resolved.

### 3. Merits of the Case:

I have substantial evidence to support the claims raised in this case, including an admission from the defendant regarding the issues at hand.

This case involves complex matters requiring expertise in high-tech litigation, including:

- Contractual disputes between developers and platforms;
- Breaches of software agreements; and
- Failures in platform compliance with agreed-upon terms.

The complexity of these issues necessitates a deep understanding of technology, software agreements, and platform operations. Without legal representation, I would face significant challenges in navigating this case's technical and legal intricacies and effectively presenting my claims.

### 4. Efforts to Obtain Counsel:

I have made extensive efforts to secure legal representation for this case but have been unsuccessful due to financial constraints. My efforts include:

- Contacting legal clinics, law firms, and the state bar for assistance;
- Utilizing referral materials and services to find pro bono or low-cost counsel;
- Exploring alternative dispute resolution methods such as mediation and arbitration, but the defendant failed to participate in either process.

Despite these efforts, I have been unable to secure representation, leaving me at a disadvantage in addressing the complex issues involved in this case.

**5. Conclusion:**

For the reasons outlined above, I respectfully request that the Court appoint pro bono counsel to represent me in this matter. I believe that the appointment of counsel is critical to ensuring that I can fully and effectively participate in the proceedings and have access to justice in this matter.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Dynasto Afedo

Date: 01/29/2025



725 South Figueroa Street
Suite 400
Los Angeles, CA 90017
Telephone: (213)362-1900

January 24, 2025

**Via Email**

Dynasto C. Afedo
Plot 67 Number One Addogonno Close
Accra
00233
Ghana
Via Email to: thedynasto@gmail.com

Dale Bish, Esq.
Wilson Sonsini Goodrich & Rosati, PC
650 Page Mill Road
Palo Alto, CA 94304
Via Email to: dbish@wsgr.com

Case Number: 01-24-0008-7245

Dynasto Afedo
-and-
Google LLC

Dear Party Representatives,

The ICDR confirms receipt of Respondent's correspondence dated January 02, 2025 confirming that they are not agreeable to voluntary mediation. We also acknowledge Respondent's position did not change as a result of Claimant's correspondence dated January 02, 2025. The ICDR emailed on January 23, 2025 verifying that this matter will be closed.

We have marked this matter as closed. Any administrative fees and mediator compensation that are still outstanding remain due and payable. Please note that once the case is marked closed, it may only be reopened by filing a new Request for Mediation.

Please note that the AAA WebFile® ECF Guidelines will not apply after closing of the case. Therefore, any additional submissions from the parties in this matter should be submitted via email to the AAA, with copies sent to all other parties.

Pursuant to the AAA/ICDR's current policy, the ICDR's electronic case file will be destroyed 18 months after the date of this letter, with the exception of certain types of documents the ICDR will maintain indefinitely.

Thank you for having used the services of the ICDR.

Sincerely,

/s/

Erin K. Brennan
Director-ICDR
Direct Dial: (213)261-7041
Email: ErinBrennan@adr.org


Cc:  (via email)

 Dynasto Afedo <thedynasto@gmail.com>

## Dynasto Afedo v. Google, LLC - Case 01-25-0000-0174

**AAAFiling** <AAAFiling@adr.org> Wed, Jan 22, 2025 at 7:33 PM
To: Dynasto Afedo <thedynasto@gmail.com>, "Bish, Dale" <DBish@wsgr.com>

Dear Parties,

This email will acknowledge receipt of parties' comments.

Please be advised, as we do not have an agreement between the parties to arbitration administered by AAA, we have administratively closed our file.

In the future, should you decide to resubmit this matter, please provide all the requisite information along with the appropriate filing fee.

Pursuant to the AAA's current policy, in the normal course of our administration, the AAA may maintain certain electronic case documents in our electronic records system. Such electronic documents may not constitute a complete case file. Other than certain types of electronic case documents that the AAA maintains indefinitely, electronic case documents will be destroyed 18 months after the date of this letter.

Please email the undersigned with any questions, including any questions about AAA's filing requirements.

Sincerely,

**AAAFiling**
**Administrative Assistant**

American Arbitration Association
E: AAAFiling@adr.org
1101 Laurel Oak Road, Suite 100, Voorhees, NJ 08043
adr.org | icdr.org | aaamediation.org

The information in this transmittal (including attachments, if any) is privileged and/or confidential and is intended only for the recipient(s) listed above. Any review, use, disclosure, distribution or copying of this transmittal is prohibited except by or on behalf of the intended recipient. If you have received this transmittal in error, please notify me immediately by reply email and destroy all copies of the transmittal. Thank you.

---

**From:** Dynasto Afedo <thedynasto@gmail.com>
**Sent:** Wednesday, January 15, 2025 11:08 PM
**To:** Bish, Dale <DBish@wsgr.com>
**Cc:** AAAFiling <AAAFiling@adr.org>
**Subject:** Re: Dynasto Afedo v. Google, LLC - Case 01-25-0000-0174



Dynasto Afedo <thedynasto@gmail.com>

# [8-7758000037029] Your message about Google Play

**googleplay-developer-support@google.com** <googleplay-developer-support@google.com> Mon, Nov 4, 2024 at 11:36 AM
To: thedynasto@gmail.com

Hi Dynasto,

Thanks for your reply. Also, I apologize for the delayed response.

As for your phone number verification issue, kindly note that I have forwarded your concern along with the phone number you were trying to verify to our technical team for further investigation and so that our technical team would be able to help with resolving your issue.

Kindly note that while our technical team has already launched several improvements to this step since you contacted us, overall, the resolution for phone number verification issues is still a work in progress.

Since the above-mentioned is the case, what we recommend developers to do is to try verifying their phone numbers every other 5 - 7 days of not doing so. Please note that issues with verifying phone numbers are being experienced by developers around the world, making the issue more complex than it appears to be. This is also the reason as to why our technical team is taking quite some time to fully resolve this issue.

I hope this gives the matter-at-hand a bit more clarity. Once again, we're truly grateful for your patience and understanding throughout this process.

Regards,
Violet
Google Play Developer Support

1–23 of 23

| From | Subject / Attachments | Date |
|---|---|---|
| me | Request for Pro Bono Legal Representation with Contingency Agreement - Request for Pro Bono Legal Representation with Contingency Ag... <br> Case Submissio... · Google Play De... · Attachment for ... | Jan 9 |
| me | Request for Pro Bono Legal Representation with Contingency Agreement - Request for Pro Bono Legal Representation with Contingency Ag... <br> Dec 2nd Termin... · Number not veri... · My number faile... · 9+ | Jan 9 |
| me | Request for Pro Bono Legal Representation with Contingency Agreement - Request for Pro Bono Legal Representation with Contingency Ag... <br> Case Submissio... · Google Play De... | Jan 9 |
| me, Jay 3 | Inbox Request for Pro Bono Legal Representation with Contingency Agreement - Request for Pro Bono Legal Representation with Continge... <br> Google Play De... · Case Submissio... | Jan 9 |
| me | Request for Pro Bono Legal Representation with Contingency Agreement - Request for Pro Bono Legal Representation with Contingency Ag... <br> Google Play De... · Case Submissio... | Jan 9 |
| me | Support of Hardship Waiver of Fees – Business - Dynasto Afedo - Dear AAA, Please find the attachment for your attention for Arbitration Ca... <br> DYNASTO AFED... · Support of Har... | Jan 3 |
| me | Hardship Waiver of Fees Individual - Dynasto Afedo [Arbitration] - Dear AAA, Please find the attachment for your attention. Best regards... | Jan 3 |

| From | Subject / Snippet | Date |
|---|---|---|
| me | Support of Hardship Waiver of Fees – Business - Dynasto Afedo - Dear AAA, Please find the attachment for your attention for Arbitration Ca... <br> DYNASTO AFED... Support of Har... | Jan 3 |
| me | Hardship_Waiver_of_Fees_Individual - Dynasto Afedo [Arbitration] - Dear AAA, Please find the attachment for your attention. Best regards, ... <br> Precedents for ... Support_of_Har... | Jan 3 |
| me | Request for Pro Bono Legal Representation on Contingency Fee Basis – Dispute with Google - Dear Pro Bono Program Team, I hope this em... <br> Gmail - Dynasto... | 12/17/24 |
| me | Request for Pro Bono Legal Representation on Contingency Fee Basis – Dispute with Google - Dear Pro Bono Program Team, I hope this em... <br> Gmail - Dynasto... | 12/17/24 |
| me, Mail 2 | Inbox Request for Pro Bono Legal Representation on Contingency Fee Basis – Dispute with Google - Dear Pro Bono Program Team, I hope t... <br> Gmail - Dynasto... | 12/17/24 |
| me | Request for Pro Bono Legal Representation on Contingency Fee Basis – Dispute with Google - Dear Pro Bono Program Team, I hope this em... <br> Gmail - Dynasto... | 12/17/24 |

| | | |
|---|---|---|
| me | Hardship_Waiver_of_Fees_Individual - Dynasto Afedo [Arbitration] - Dear AAA, Please find the attachment for your attention. Best regards, ... <br> Precedents for ... Support_of_Har... | Jan 3 |
| me | Request for Pro Bono Legal Representation on Contingency Fee Basis – Dispute with Google - Dear Pro Bono Program Team, I ho... <br> Gmail - Dynasto... | |
| me | Request for Pro Bono Legal Representation on Contingency Fee Basis – Dispute with Google - Dear Pro Bono Program Team, I hope this em... <br> Gmail - Dynasto... | 12/17/24 |
| me, Mail 2 | Inbox Request for Pro Bono Legal Representation on Contingency Fee Basis – Dispute with Google - Dear Pro Bono Program Team, I hope t... <br> Gmail - Dynasto... | 12/17/24 |
| me | Request for Pro Bono Legal Representation on Contingency Fee Basis – Dispute with Google - Dear Pro Bono Program Team, I hope this em... <br> Gmail - Dynasto... | 12/17/24 |
| me | Hardship_Waiver_of_Fees_Individual - Dynasto Afedo - Dear AAA, Please find the attached for your attention. Best regards, Dynasto Afedo <br> Support_of_Har... | 11/15/24 |